# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-08-0598 |
| v. | * | Civil No. – JFM-13-3001 |
| | * | |
| TA-THASIO MARTIN | * | |

******

## MEMORANDUM

Ta-Thasio Martin has filed this motion under 28 U.S.C. §2255. He contends that this court erred by using a facts based "modified categorical approach" in determining that he was an armed career criminal in violation of the recent Supreme Court decision in *Descamps v. United States*.

It may be that Martin is correct on the merits. However, he does not contest, as argued by the government, that his motion is untimely. Until and unless the *Descamps* decision is ruled to be retroactive and that persons being held in custody are entitled to release, Martin's motion must be denied.


Date: December 27, 2013      \_\_/s/_____
                              J. Frederick Motz
                              United States District Judge